UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
DARIEN TURNER

    -V-

DAVID MILLER
-----------------------------------------------X

ORDER
CV01-7000 (JBW)

For the reasons stated in the mandate issued April 13, 2005, the Clerk shall reopen the captioned case. The petition is stayed in order to allow the petitioner to exhaust his ineffective assistance of appellate counsel claim via a coram nobis petition.

                                                    s/Jack B. Weinstein
                                                      JACK B. WEINSTEIN
                                                  SR. UNITED STATES DISTRICT JUDGE

DATED: 4/28/05